UNITED STATES DISTRICT COURT
SOUTH FLORIDA DISTRICT OF FLORIDA

CASE NO. 11-CV-21860-UU

LUIS PADILLA,

    Plaintiff,

vs.

BANK OF AMERICA, N.A., ET. AL.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Jeffrey A. Trinz, Esq., Eric S. Matthew, Esq. and William P. Heller, Esq. of the law firm of Akerman Senterfitt, hereby enter their appearance as Co-Counsel on behalf of Defendants, Bank of America, N.A. and MERS, INC., and request that they be copied on all filings relative to this lawsuit.

                          Respectfully submitted,

                          /s/Jeffrey A. Trinz
                          Jeffrey A. Trinz
                          Fla. Bar No. 0265683
                          Eric S. Matthew
                          Fla. Bar No. 26539
                          **AKERMAN SENTERFITT**
                          One Southeast Third Avenue, 25th Floor
                          Miami, Florida 33131-1714
                          E-Mail: jeffrey.trinz@akerman.com
                          E-Mail: eric.matthew@akerman.com
                          305-374-5600 (ph)/305-374-5095 (fax)

and

William P. Heller
Fla. Bar No. 987263
AKERMAN SENTERFITT
Las Olas Centre II
350 East Las Olas Blvd. Suite 1600
Fort Lauderdale, Florida 33301
E-Mail: william.heller@akerman.com
954-759-8945(ph)/954-463-2224 (fax)

## CERTIFICATE OF SERVICE

*I hereby certify* that a true copy of the foregoing has been furnished **VIA U.S. MAIL** to: **Scott H. Kaiser**, 1290 Avenue of the Americas New York, NY 10104; and **David A. Bellon**, The Law Firm of Jeffey Galperin, 148-03A Hillside Avenue, Jamaica, NY 11435, on this 24th day of May 2011.

/s/ Jeffrey A. Trinz