IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  11-CV-21860-UNGARO

LUIS PADILLA

    Plaintiff,

v.

BANK OF AMERICA, N.A., ET AL.

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William P. McCaughan of K&L Gates LLP, hereby enters his appearance in this action as counsel for Defendants Universal American Mortgage Company LLC, Universal American Mortgage Company of California and Lennar Homes, Inc., and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: June 3, 2011

Respectfully submitted,

                                          */s/     William P. McCaughan*
                                          WILLIAM P. MCCAUGHAN
                                          Florida Bar No: 293164
                                          William.Mccaughan@klgates.com
                                          **K&L GATES LLP**
                                          Southeast Financial Center – Suite 3900
                                          200 S. Biscayne Boulevard
                                          Miami, Florida 33131
                                          Tel:     (305) 539-3300
                                          Fax:    (305) 358-7095
                                          *Attorneys for Universal American Mortgage*
                                          *Company LLC, Universal American*
                                          *Mortgage Company of California and*
                                          *Lennar Homes, Inc.*

MI-374909 v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2011, I electronically filed the foregoing document with the Clerk of the Court with CM/ECF, which also will send a notice of electronic filing to CM/ECF participants.  I also hereby certify that a true copy of the foregoing has been furnished via U.S. Mail to David A. Bellon, The Law Firm of Jeffrey Galperin, 148-03A Hillside Avenue, Jamaica, NY 11435.

Dated: June 3, 2011

*/s/    William P. McCaughan*
WILLIAM P. MCCAUGHAN