UNITED STATES DISTRICT COURT
SOUTH FLORIDA DISTRICT OF FLORIDA

CASE NO. 11-CV-21860-UU

LUIS PADILLA,

    Plaintiff,

vs.

BANK OF AMERICA, N.A., ET. AL.,

    Defendants.
_____/

### ORDER APPROVING SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon the *Stipulation for Substitution of Counsel* submitted by Defendants, Bank of America, N.A. (**BANA**) and Mortgage Electronic Registration Systems, Inc. (**MERS**). The Court approves the stipulation and orders that Akerman Senterfitt shall be substituted as counsel for Defendants BANA and MERS, and that Scott H. Kaiser, Esq., Suzanne M. Berger, Esq. and Bryan Cave LLP shall be released from further responsibility with respect to BANA and MERS in this case.

DONE AND ORDERED at Miami, Florida on this 13 day of June, 2011.

_____
United States District Court Judge

Copies furnished:
Jeffrey A. Trinz, Esq.
Scott H. Kaiser, Esq.
Suzanne M. Berger, Esq.
David A. Bellon, Esq.

{M3055716;1}