UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-CV-21860-UNGARO

LUIS PADILLA

    Plaintiff,

v.

BANK OF AMERICA, N.A.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC.,
UNIVERSAL AMERICAN MORTGAGE COMPANY OF CALIFORNIA,
LENNAR HOMES, INC.,
RESIDENTIAL PROPERTY LENDERS,
BRITE INVESTMENT REALITY, and
FIDELITY NATIONAL TITLE COMPANY

                                              /

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon a *sua sponte* examination of the file.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On June 8, 2011, the Court issued an Order of Referral to Mediation, which required the parties to select a mediator within fifteen days from the date of the Order. (D.E. 33). However, as of June 29, 2011, no report of mediator selection had been filed. On June 29, 2011, the Court issued an Order Requiring Response, requiring Plaintiff to file a report of mediator selection on or before 12:00 p.m. on July 1, 2011. (D.E. 36.) The Court warned Plaintiff that "[f]ailure to comply will result in dismissal of the case without further notice." (*Id*.) Plaintiff has failed to comply with the Court's Order Requiring Response. Accordingly, it is hereby

ORDERED AND ADJUDGED that this action is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th_ day of July, 2011.

2

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record