UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-CV-21860-UNGARO

LUIS PADILLA

    Plaintiff,

v.

BANK OF AMERICA, N.A., *et al.*

    Defendants
_____/

### ORDER GRANTING APPLICATION TO APPEAR PRO HAC

THIS CAUSE is before the Court upon the Motions to Appear Pro Hac Vice. (D.E. 40.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED that said Motion (D.E. 40) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of August 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record